| | | | | |
|---|---|---|---|---|
| Debtor 1 | Dudley | H | Barnett | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | Rina | L | Barnett | |
| | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the Middle District of Alabama

Case number: 04-81747

FILED
APR 1 8 2022
United States Bankruptcy Court
Middle District of Alabama

RECEIVED
APR 1 8 2022
United States Bankruptcy Court
Middle District of Alabama

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $864.00 |
|---|---|
| Claimant's Name: | Dudley H Barnett & Rina L Barnett |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 75 Wills Valley Rd<br>Opelika AL 36804<br>(334) 703-6934 |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> Middle District of Alabama
> 131 Clayton Street
> Montgomery, AL 36104

---

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 4-5-1922 4/5/2022 | Date: 4/5/2022 |
| Signature of Applicant: *Dudley H Barnett* | Signature of Co-Applicant: *Rina L Barnett* |
| Printed Name of Applicant: Dudley H Barnett | Printed Name of Co-Applicant: Rina L Barnett |
| Address: 75 Wills Valley Rd, Opelika AL 36804 | Address: 75 Wills Valley Rd, Opelika AL 36804 |
| Telephone: (334) 703-6934 | Telephone: (334) 703-6934 |
| Email: | Email: |

### 6. Notarization

**Applicant side:**
STATE OF Alabama
COUNTY OF Lee

This Application for Unclaimed Funds, dated 4/5/2022 was subscribed and sworn to before me this 5th day of April, 2022 by Dudley H Barnett who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public: *[signature]*

My commission expires: January 17, 2023

> LARRY JAMES FULLER
> My Commission Expires
> January 17, 2023
> (State of Alabama Notary Public Seal)

**Co-Applicant side:**
STATE OF Alabama
COUNTY OF Lee

This Application for Unclaimed Funds, dated 4/5/2022 was subscribed and sworn to before me this 5th day of April, 2022 by Rina L Barnett who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public: *[signature]*

My commission expires: January 17, 2023

> LARRY JAMES FULLER
> My Commission Expires
> January 17, 2023
> (State of Alabama Notary Public Seal)

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for the Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

Names and addresses of all other parties served:

Charles Ingrum, Sr
P.O. Box 142
Opelika AL 36803

Date: 4/13/22

Signature: *Rina Barnett*

Rina L Barnett
Name Printed

75 Wills Valley Rd
Street or P.O. Box

Opelika AL 36804
City, State, and Zip Code

In re:                                                                                                                      Case No. 04-81747-DHW

Dudley H. Barnett                                                          Chapter 7

Rina L. Barnett

       Debtors

# CERTIFICATE OF NOTICE

District/off: 1127-3                                  User: admin                                    Page 1 of 2

Date Rcvd: Apr 28, 2022                          Form ID: pdfSOME                          Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 4684502 | + | Dudley Barnett, 75 Wills Valley Rd., Opelika, AL 36804-1821 |
| 4684503 | + | Rina Barnett, 75 Wills Valley Rd., Opelika, AL 36804-1821 |
| 4684504 | + | Rina Barnett, 5183 US Hwy 80 West, Opelika, AL 36804 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4684505 | + | Email/Text: Stacey.VanAlst@usdoj.gov | Apr 28 2022 20:15:00 | United States Attorney, Middle District of Alabama, 131 Clayton Street, Montgomery, AL 36104-3429 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2022                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov danielle_greco@almba.uscourts.gov;britt_griggs@almba.uscourts.gov |
| Cecil M. Tipton, Jr. | ceciltip@outlook.com Rayandtipton@bellsouth.net;ctiptonjr@ecf.axosfs.com |

Charles M. Ingrum, Sr.
　　　　　　　　　　　　on behalf of Debtor Dudley H. Barnett cingrum@charlesingrum.com

Charles M. Ingrum, Sr.
　　　　　　　　　　　　on behalf of Joint Debtor Rina L. Barnett cingrum@charlesingrum.com

Susannah R. Walker
　　　　　　　　　　　　on behalf of Creditor Mortgage Lenders Network USA  Inc. bankruptcy@sirote.com

TOTAL: 5